**Order entered January 6, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00733-CV**

**JEROME PORTER, Appellant**

**V.**

**MARTHA REYES PORTER, Appellee**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-07439**

**ORDER**
Before Justices Molberg, Reichek, and Nowell

Before the Court is appellant's December 23, 2020 motion for rehearing.

Appellee is requested to file a response, if any, within **TEN DAYS** of the date of

this order.

        /s/    KEN MOLBERG
              JUSTICE